**No. 60977.**—Manca, Inc. *v.* United States, protest 280900–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 60978.**—Epic, Inc. *v.* United States, protest 291561–K (New York).

Opinion by WILSON, J.   The protest was dismissed for lack of prosecution.

BEFORE THE SECOND DIVISION, JUNE 28, 1957

**No. 60979.**—Herman H. Sticht & Co., Inc., et al. *v.* United States, protests 279341–K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).